```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CONSOLIDATED EDISON CO. OF NEW      :
     YORK, INC.,
                                    :
           Plaintiff,                         ORDER
                                    :
         -against-                      09 Civ. 4226 (DLC)(MHD)
                                    :
FEDERAL INSURANCE CO.,              :

                                    :
           Defendant.
------------------------------------x
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

The Court scheduled a settlement conference for today, September 9, 2009, and having ordered that counsel appear for such conference, defendant's counsel failed to appear, in violation of the court order. (See order dated August 10, 2009). Defendant's counsel is to serve and file affidavits by **MONDAY, SEPTEMBER 14, 2009** demonstrating why the court should not impose sanctions for violation of court order and for the loss of time caused to plaintiff's attorney and the court.

**Dated: New York, New York**
**September 9, 2009**

1

SO ORDERED.

_____
**MICHAEL H. DOLINGER**
**UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent today to:

Geraldine O'Donnell, Esq.
Richard H. Waxman, P.C
445 Central Avenue, Suite 362
Cedarhurst, NY 11516

David Riordan Hornig, Esq.
Nicoletti Hornig & Sweeney
88 Pine Street, 7th Floor
New York, NY 10005